### ED KARNS v. STATE.

No. A-4146. Opinion Filed March 31, 1924.

(224 Pac. 373.)

Appeal from District Court, Logan County; C. C. Smith, Judge.

Ed. Karns was convicted of the unlawful possession of a whisky still and sentenced to be imprisoned in the state penitentiary for a period of one year and to pay a fine of $100, and he appeals. Reversed and remanded, with directions to dismiss.

Lewis R. Morris, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. This is an appeal from a judgment of conviction rendered in the district court of Logan county on the 28th day of March, 1923, wherein the plaintiff in error was convicted of the crime of unlawful possession of a whisky still and his punishment fixed as above stated. An appeal was taken to this court by filing herein on the 15th day of September, 1923, a petition in error with case-made attached.

This prosecution is based on chapter 1, Session Laws of Oklahoma 1923, which said chapter has heretofore been held to be unconstitutional and void in the opinion of this court in the case of Ex parte Smith, 24 Okla. Cr. 415, 218 Pac. 708. It follows from what has been said in the case of Ex parte Smith that the judgment and sentence in this case is null and void. Judgment is therefore reversed and the cause remanded to the district court of Logan county, with instructions to dismiss the prosecution.